428 A.2d 258

Commonwealth v. Widener, Appellant.

Submitted March 6, 1980. John D. Flinchbaugh, Assistant Public Defender, for appellant; Floyd P. Jones, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.